1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  KAREN KREUZKAMP (CABN 246151)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-70104
7       Fax: (415) 436-7234
        Email:  Karen.Kreuzkamp@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 17-00356 EMC |
| Plaintiff, | [PROPOSED] ORDER AND STIPULATION TO CONTINUE AND EXCLUDE TIME FROM THE SPEEDY TRIAL ACT CALCULATION |
| v. | |
| VICENTE CRUZ and ETEVATI LEVI, | |
| Defendants. | |

With the agreement of the parties, and with the consent of defendant Vicente Cruz, the Court enters this order confirming the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from September 27, 2017 to November 15, 2017. The parties agree, and the Court finds and holds, as follows:

1. Mr. Cruz agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for continuity of counsel and effective preparation of defense counsel, taking into account the exercise of due diligence.

2. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for excluding time. Given these circumstances, the Court finds that the ends of justice served by excluding the period from September 27, 2017 through and

STIP. AND [PROPOSED] ORDER                1
CR 17-00356 EMC

including November 15, 2017, outweigh the best interest of the public and Mr. Cruz in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of Mr. Cruz the Court: orders that the period from September 27, 2017 through and including November 15, 2017, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A).

IT IS SO STIPULATED.

DATED: September 27, 2017

BRIAN J. STRETCH
United States Attorney

/s/
KAREN KREUZKAMP
Assistant United States Attorney

DATED: September 27, 2017

/s/
RUBEN MUNOZ
Counsel for the Defendant

IT IS SO ORDERED.

DATED: October 3, 2017

HON. EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED — Judge Edward M. Chen (seal: United States District Court, Northern District of California)*