BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA VALLIERE (DCBN 439353)
Chief, Criminal Division

KAREN KREUZKAMP (CABN 246151)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-70104
    Fax: (415) 436-7234
    Email:  Karen.Kreuzkamp@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR 17-00356 EMC-1 |
| Plaintiff, | ) [PROPOSED] ORDER AND |
| v. | ) STIPULATION TO CONTINUE SENTENCING DATE |
| VICENTE CRUZ and ETEVATI LEVI, | ) |
| Defendants. | ) |

## **STIPULATION**

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1. The defendant, Vicente Cruz, pled guilty pursuant to a plea agreement on November 15, 2017. At that time, the Court set a sentencing date of January 31, 2018. With a sentencing date of January 31, 2018, the draft presentence report is due on December 27, 2017.

2. Defendant's counsel, Ruben Munoz, is out of the country and unavailable to attend any interview of the defendant by the Probation Officer prior to his return. Defendant and his counsel therefore request that the sentencing date be continued to allow counsel the opportunity to attend the interview. The government and the Probation Officer do not oppose continuing the sentencing date.

3. The parties and the Probation Officer, with the consent of the defendant, therefore request

1 | that the sentencing date be continued from January 31, 2018 to February 28, 2018.

2 |     IT IS SO STIPULATED.

4 | DATED: December 18, 2017      BRIAN J. STRETCH
United States Attorney

6 | /s/
KAREN KREUZKAMP
Assistant United States Attorney

9 | DATED: December 18, 2017

/s/
RUBEN MUNOZ
Counsel for the Defendant

14 |     IT IS SO ORDERED.

16 | DATED: 12/19/17

HON. EDWARD M. CHEN
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

STIP. AND [PROPOSED] ORDER      2
CR 17-00356 EMC-1